IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:13-CR-177-ALM-KPJ |
| | § |
| ERIC LEWIS SCOTT | § |
| | § |
| | § |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on April 12, 2021, to determine whether Defendant violated his supervised release. Defendant was represented by Michelle Allen-McCoy. The Government was represented by Lesley Brooks.

On September 4, 2014, Defendant was sentenced by the Honorable Richard A. Schell, United States District Judge, to a sentence of seventy-eight (78) months imprisonment followed by a three (3) year term of supervised release for a violation of 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm. Defendant's supervision commenced August 5, 2019.

On April 3, 2020, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 44). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not unlawfully possess a controlled substance; Defendant shall refrain from any unlawful use of a controlled substance; (2) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; (3) Defendant shall report to the probation officer in a manner

and frequency directed by the Court or probation officer; and (4) Defendant shall participate in a program of testing and treatment for alcohol and drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as Defendant is released from the program by the probation officer.

The Petition asserts that Defendant violated these conditions because: (1) on January 8, 2020, and February 13, 2020, Defendant submitted urine specimens that tested positive for marijuana and was confirmed positive by Alere Toxicology Services; (2) on January 17, 2020, Defendant submitted a urine specimen that tested positive for methamphetamine and amphetamine and was confirmed positive by Alere Toxicology Services; (3) Defendant failed to report to the U.S. Probation Office on February 25, 2020, as instructed and failed to submit his monthly supervision reports for the months of February and March 2020; and (4) Defendant failed to report for drug testing with On-Scene Drug Screening in McKinney, Texas, on February 18, 2020, February 22, 2020, March 5, 2020, and March 9, 2020, as required. On March 10, 2020, Defendant was unsuccessfully discharged from drug treatment for failure to make progress towards treatment goals.

At the hearing, Defendant entered a plea of true to the Grade C violations of allegations one, two, three, and four (1–4). Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the April 12, 2021, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of thirteen (13) months, with

eighteen (18) months supervised release to follow with the same previously imposed conditions.

The Court recommends Defendant be placed in Bureau of Prisons Texarkana, if appropriate.

**So ORDERED and SIGNED this 13th day of April, 2021.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE