# United States District Court

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:13-CR-177-ALM-KPJ** |
| | § | |
| **ERIC LEWIS SCOTT** | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 13, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #60) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of thirteen (13) months, with eighteen (18) months supervised release to follow with the same previously imposed conditions.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of thirteen (13) months, with eighteen (18) months supervised release to follow with the same previously imposed conditions. The Court recommends Defendant be placed in Bureau of Prisons Texarkana, if appropriate.

**IT IS SO ORDERED**.

**SIGNED this 4th day of May, 2021.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE