# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

UNITED STATES OF AMERICA

v.

**ERIC LEWIS SCOTT**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: **4:13-CR-00177-ALM-KPJ(1)**
USM Number: **21478-078**
**Sarah Ann Jacobs**
Defendant's Attorney

## THE DEFENDANT:

| | | |
|---|---|---|
| ☒ | admitted guilt to violation of condition(s) | Mandatory, Standard and Special Conditions of  the term of supervision. |
| ☐ | was found in violation of condition(s) | after denial of guilt. |

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Allegation Two | Defendant possessed marijuana | 03/03/2022 |
| Allegation Three | Defendant failed to obtain employment as directed | 03/14/2022 |
| Allegation Four | Defendant failed to appear for random drug testing as directed | 2/17/2022 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s)                    and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 2406

Defendant's Year of Birth: 1983

City and State of Defendant's Residence:
Queen City, Texas

September 1, 2023
Date of Imposition of Judgment

Signature of Judge

**AMOS L. MAZZANT III**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

September 1, 2023
Date

AO 245D (Rev. TXN 9/19) Judgment in a Criminal Case

Judgment -- Page 2 of 3

DEFENDANT:        ERIC LEWIS SCOTT
CASE NUMBER:      4:13-CR-00177-ALM-KPJ(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

nine (9) months with no supervised release to follow.

☒   The court makes the following recommendations to the Bureau of Prisons: FCI Milan

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐   at                              ☐   a.m.     ☐   p.m.     on

☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on
☐   as notified by the United States Marshal.
☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. TXN 9/19) Judgment in a Criminal Case                                            Judgment -- Page 3 of 3

DEFENDANT:             ERIC LEWIS SCOTT
CASE NUMBER:           4:13-CR-00177-ALM-KPJ(1)

# Judgment in a Criminal Case Personal Identification Attachment
## (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.: | 2406 |
| | |
| Defendant's Date of Birth: | 12/31/1983 |
| | |
| Defendant's Residential Address: | 16 Private Road 366, Queen City, Texas 75572 |
| | |
| Defendant's Mailing Address:<br>(if different) | |